IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OMAR J. ROSS, SR., <br><br> Plaintiff, <br><br> v. <br><br> JENNIFER PFEFFER, et al., <br><br> Defendants. | Civil Action <br> No. 18-8549 (RBK) <br><br> **MEMORANDUM OPINION** |

**ROBERT B. KUGLER, U.S.D.J.**

    1.    On April 30, 2018, Plaintiff Omar J. Ross, Sr., filed his complaint in this matter. Additionally, Plaintiff had at least two other matters in this District, Case Nos. 18-12922, 18-12923.

    2.    On January 11, 2019, the Court administratively terminated Case No. 18-12922, 18-12923, pursuant to Rule 10.1, because the post office returned mail sent to Plaintiff as undeliverable. Plaintiff was released from New Jersey State Prison and has not contacted the Court in the intervening time to provide an updated address in any of these cases.

    3.    Local Civil Rule 10.1(a) requires unrepresented parties to notify the Court of any change in address within 7 days. The Rule further provides that, failure to file such notice "may result in the imposition of sanctions by the Court." *Id.* Indeed, failure to apprise the Court of an address change may result in the outright dismissal of the case for failure to proceed, or an administrative termination of the action without prejudice. *See, e.g.*, *Allebach v. Cathell*, No. 06-5005, 2009 WL 2147145 (D.N.J. July 15, 2009); *Boretsky v. Corzine*, No. 08-2265, 2008 WL 2512916 (D.N.J. June 23, 2008).

    4.    As the Court does not have a current address for Plaintiff, the present matter (Case No. 18-8549) cannot proceed at this time. The Court will therefore administratively terminate the

proceedings without prejudice to Plaintiff's right to reinstate this action by notifying the Court and defendants of his new address within 30 days.

     5.     Failure to provide an updated address within 30 days of the date of this Order may result in the matter being dismissed for lack of prosecution.

     6.     An appropriate Order follows.

**January  30, 2019**                   **s/Robert B. Kugler**
Date                                          ROBERT B. KUGLER
                                                   United States District Judge